**No. 11-627. Alabama, Petitioner v. Thomas Robert Lane.**

565 U.S. 1185, 132 S. Ct. 1144, 181 L. Ed. 2d 1030, 2012 U.S. LEXIS 984.

January 23, 2012. Motion of respondent for leave to proceed in forma pauperis

granted. Petition for writ of certiorari to the Supreme Court of Alabama denied.

Same case below, 80 So. 3d 303.